# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AARON M. WEIL,**<br>Plaintiff,<br>vs.<br>**PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY,**<br>Defendant. | CASE NO. 17-cv-03306-YGR<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 46 |

Plaintiff Aaron M. Weil is hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute given the lack of communications with his lawyer, namely Mark F. Anderson, by **February 27, 2018**. A hearing on this order to show cause shall be held on **March 6, 2018,** on the 2:00 p.m. calendar, United States Courthouse, 1301 Clay Street, Oakland, California.

**IT IS SO ORDERED.**

Dated: February 13, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**